JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 9-5-12
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS AYABAR,            ) Case No. CV 10-7881-GW (JPR)
                               )
         Petitioner,           )
                               )        J U D G M E N T
     vs.                       )
                               )
M.D. BITER, Warden,            )
                               )
         Respondent.           )
                               )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 4, 2012

_____
GEORGE H. WU
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY